UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

**MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE***

United States Courts
Southern District of Texas
FILED

JAN 21 2004

Michael N. Milby, Clerk of Court

| Division | Houston | Case Number | 4:03cv03947 |
|---|---|---|---|

ARIC, BV

*versus*

The Man Group, PLC, et al.

United States Courts
Southern District of Texas
ENTERED

JAN 26 2004

Michael N. Milby, Clerk of Court

This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:

| | |
|---|---|
| Name | Sondra Kay Jones |
| Firm | Brewer & Pritchard, P.C. |
| Street | 3 Riverway, Suite 1800 |
| City & Zip Code | Houston, Texas  77056 |
| Telephone | 713-209-2950 |
| Licensed: State & Number | Texas, 24032486 |
| Admitted U.S. District Court for: | Application pending |

Seeks to appear as the attorney for this party:

ARIC, BV

Dated: 01/20/2004    Signed: *Sondra Jones*

**ORDER**

This lawyer is admitted *pro hac vice*.

United States Courts
Southern District of Texas
ENTERED

JAN 22 2004

Michael N. Milby, Clerk of Court

Signed on 21 January 2004  _____
United States District Judge

SDTX (d_prohac.ord)
02/03/98

